ORIGINAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
JAN 7 2015
CLERK
United States Bankruptcy Court
San Jose, California

| | |
|---|---|
| In Re:<br><br>MICHAEL RICONOSCIUTO<br><br>ANNE MARIE RICONOSCIUTO<br><br>Debtors | Chapter 13<br><br>Case No.: 14-50016 ASW<br><br>**NOTICE OF CHANGE OF ADDRESS OF DEBTORS** |

Notice is hereby given that effective Dec. 1, 2014 the new address for the Debtors in the above captioned matter is as follows:

Name: Anne + Michael Riconosciuto

Address: 1211 Orvis Ave
Pittsburgh PA 15223

Phone: 412-977-7819; 412-657-1502

Dated: 12/26/14

MICHAEL RICONOSCIUTO

Dated: 12/26/14

ANNE MARIE RICONOSCIUTO

The court's records will be changed to reflect the new address only. Service of this Notice of Change of Address will be made electronically to registered ECF participants upon filing of this Notice.



Case: 14-50016 Doc# 28 Filed: 01/07/15 Entered: 01/07/15 09:33:10 Page 1 of 1