United States Bankruptcy Court
Northern District of California

In re:
Michael Andrew James Riconosciuto
Anne Marie Riconosciuto
Debtors

Case No. 14-50016-MEH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0971-5　User: admin　Page 1 of 1　Date Rcvd: Jul 02, 2015
Form ID: NTCMEH13　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2015.
db/jdb　+Michael Andrew James Riconosciuto,　Anne Marie Riconosciuto,　1211 Orvis Ave, Pittsburgh, PA 15223-1139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2015　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2015 at the address(es) listed below:
Devin Derham-Burk　ctdocs@ch13sj.com
Norma L. Hammes　on behalf of Debtor Michael Andrew James Riconosciuto goldandhammes@ecf-document-robot.com
Norma L. Hammes　on behalf of Joint Debtor Anne Marie Riconosciuto goldandhammes@ecf-document-robot.com
Office of the U.S. Trustee / SJ　USTPRegion17.SJ.ECF@usdoj.gov,　ltroxas@hotmail.com
TOTAL: 4

Form NTCMEH13

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | | |
|---|---|---|
| In Re: | Michael Andrew James Riconosciuto and Anne Marie Riconosciuto | Case No.: 14−50016 MEH 13<br>Chapter: 13 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTITIONERS, ATTORNEYS, TRUSTEES and INTERESTED PARTIES:

Effective July 1, 2015, the above case is reassigned from the Honorable Arthur S. Weissbrodt to the Honorable M. Elaine Hammond. The case number remains the same, however the designation will be changed from ASW to MEH.

All interested parties are directed to use the same case number, but change to the new designation in all documents filed hereafter with the court.

Notice is further given that effective July 1, 2015, unless otherwise ordered, all matters scheduled for hearings in the above−captioned case will be heard at 280 South First Street, San Jose, CA in Courtroom 3020. Please refer to the court website at http://www.canb.uscourts.gov/judge/hammond/calendar for more information regarding Judge Hammond's calendar.

Dated: 7/1/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court